IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AHMAD J. SMITH,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1665

Opinion filed July 7, 2016.

An appeal from an order of the Circuit Court for Bay County.
Hentz McClellan, Judge.

Ahmad J. Smith, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Charlie Lee, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.